IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-CR-00222-RJC-SCR

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DARRELL EUGENE DIGSBY | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se motion to dismiss the indictment based on alleged constitutional violations. (Doc. No. 8).

The defendant requested appointment of counsel in the district where he was arrested and in this district. (Doc. No. 7: Rule 5(c)(3) Documents). Local Criminal Rule 47.1(g) requires motions to be filed by counsel unless a defendant has formally waived his right to counsel before a judicial officer.

**IT IS, THEREFORE, ORDERED**, that the defendant's pro se motion is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant and to the United States Attorney.

Signed: December 1, 2023

Robert J. Conrad, Jr.
United States District Judge